WILTON VOUGHT, as Administrator, etc., of MAY L. BRENCHLEY, Deceased, Respondent, v. JOHN R. SPRINGS and CLARENCE M. BARGAY, Respondents, and MILES D. STETTENBENZ, Appellant. GLADYS HILL, Respondent, v. JOHN R. SPRINGS and CLARENCE M. BARGAY, Respondents, and MILES D. STETTENBENZ, Appellant. CLYDE HILL, Respondent, v. JOHN R. SPRINGS and CLARENCE M. BARGAY, Respondents, and MILES D. STETTENBENZ, Appellant. RANDOLPH C. HILL, Respondent, v. JOHN R. SPRINGS and CLARENCE M. BARGAY, Respondents, and MILES D. STETTENBENZ, Appellant. JOSEPHINE STETTENBENZ, Appellant, v. JOSEPH KUHN and Others, Respondents. MILES D. STETTENBENZ, Appellant, v. JOSEPH KUHN and Others, Respondents.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from grants a motion of defendant Springs to change the place of trial of the two Stettenbenz actions from Genesee county to Erie county, and directs all six actions to be tried together. The actions arise out of an automobile accident.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Appellant, v. CITY OF BUFFALO and JOHN R. PLUNKETT and Others, as Assessors of the City of Buffalo, Erie County, New York, Respondents.— Judgment affirmed, with costs. All concur. (The judgment sustains defendants' reassessments levied against plaintiff's property.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [176 Misc. 350.]

ALFRED E. HORN, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 26027.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant on a claim for property damage to claimant's automobile and for damages for loss of services and medical attendance for claimant's wife and for personal injuries, resulting from negligent condition of State highway.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MAE HORN, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 26028.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant on a claim for damages for personal injuries, resulting from negligent condition of State highway.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

UTICA BUILDERS SUPPLY COMPANY, INC., Respondent, v. DAN M. CARPARELLI and Others, Individually and as Copartners Doing Business under the Firm Name and Style of " CARPARELLI BROS.," Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and defendants' motion to strike out the second and third causes of action and to grant judgment on the pleadings with reference to said causes of action in favor of defendants granted, with ten dollars costs. All concur. (The order denies a motion to strike out the second and third causes of action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.